John J. Talton, Chapter 13 Trustee          Check No. 834164
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 08-10486 | 999-0 | CLIFTON MCCREA, III | | 0.00 | 345.00 | 0.00 | 345.00 |
| | | Original Check written to: | | | | | |
| | | CLIFTON MCCREA, III | | | | | |
| | | 3901 HWY 73, # 1911 | | | | | |
| | | PORT ARTHUR, TX  77642 | | | | | |

11 JUL 22 PM 2:59